Ernest Terrell WOODRUFF, Jr., Petitioner–Appellant,

v.

UNITED STATES of America, Respondent–Appellee.

No. 08–6146.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2008.

Decided: March 31, 2008.

Ernest Terrell Woodruff, Jr., Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Terrell Woodruff, Jr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Woodruff v. United States,* No. 7:07–cv–00588–jlk–mfu, 2008 WL 62179 (W.D.Va. Jan. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

**332**

and argument would not aid the decisional process.

*AFFIRMED.*